

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | No. 08-18-00111-CV |
| IN THE INTEREST | § | |
| | | Appeal from the |
| OF S.K., J.K., AND O.D.K., | § | |
| | | 388th District Court |
| CHILDREN | § | |
| | | of El Paso County, Texas |
| | § | |
| | | (TC# 2008CM7237) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of prosecution, in accordance with the opinion of this Court. We therefore dismiss the appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 5TH DAY OF FEBRUARY, 2019.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.